**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

ALEJANDRO HERNANDEZ-JACINTO,

         Defendant.

Case No. 2:20-mj-00886-VCF

**ORDER**

     IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, January 25, 2021 at 4:00 p.m., be vacated and continued to _____3/11/2021_____ at the hour of 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

     DATED this 21 day of January, 2021.

_____

UNITED STATES MAGISTRATE JUDGE