**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00028-KJD-EJY |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| ALEJANDRO HERNANDEZ-JACINTO, aka "Alejandro Hernandezjacinto," aka "Alejandro Hernandez-Ja'Cinto," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Alejandro Hernandez-Jacinto,* is unsealed.

**DATED** this  1st   day of March, 2021.

By the Court:

Honorable Kent J. Dawson
United States District Judge